**Charles Ray EDGELL, Petitioner–Appellant,**

v.

**William S. HAINES, Warden, Respondent–Appellee,**

and

**Howard Painter, Warden, Mt. Olive Correctional Complex, Respondent.**

No. 01–6546.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 28, 2001.

Decided Oct. 15, 2001.

Charles Ray Edgell, pro se.

Darrell V. McGraw, Jr., Allen Hayes Loughry, II, Office of the Attorney General of West Virginia, Charleston, WV, for appellee.

Before WILLIAMS and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Charles Ray Edgell seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have re-

viewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Edgell v. Haines,* No. CA–99–196–1 (N.D.W.Va. Mar. 28, 2001). We decline to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*